In the Circuit Court
of the 11th Judicial Circuit    No. 17-L-
McLean County, Illinois

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
COUNTY OF MCLEAN

RAMAKRISHN SREEKAKULA,       )
                             )
            Plaintiff,       )
                             )
     v.                      )   No. 17-L- 145
                             )
WAL-MART STORES, INC.,       )
                             )   A FEE WILL BE DUE AT THE
            Defendant.       )   TIME OF FILING AN
                                 APPEARANCE OR ANSWER
                                 YOUR FILING FEE WILL BE
                                 $ 167.00

## SUMMONS

To each defendant: **CT Corporation System as Agent of Wal-Mart Stores, Inc., 208 S. LaSalle Street, Suite 814, Chicago, IL 60604**

You are summoned and required to file an answer in this case, or otherwise file your appearance, in the office of the clerk of this court, McLean County Law & Justice Center, 104 W. Front Street, Bloomington, Illinois, within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date.

Plaintiff's Attorney: Laura Castagna
Address:  Kelly Law Offices, P.C.
          121 N. Main, Third Floor
City:     Bloomington, IL 61701
Telephone: (309)820-0600
Fax: (309)820-0255
Email: laura.castagna@frontier.com

(Seal of Court)

Witness _December 6_, 20 _17_

_Don R Everhart, Jr_
Clerk of Court

By _Nanda Caswell_
                Deputy

Date of Service _____, 20_____

(To be inserted by office on copy left with defendant or other person)

To: _____

## SHERIFF'S FEES

Service and Return _____ $_____

Miles _____ $_____

Total _____ $_____

I certify that I served this summons by leaving a copy thereof together with a copy of the complaint and a copy of each of the following documents: _____
_____ on defendant as follows:

(a) (Individual defendants – personal):

    Name of Defendant                        Date of Service

(b) (Individual defendants – abode):
By leaving a copy at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows;

    Name of Defendant      Person With Whom Left      Date of Service      Date of Mailing

(c) (Corporate defendant):
By leaving a copy with the registered agent, officer or agent of each defendant corporation, as follows:

    Defendant Corporation      Registered Agent, Officer or Agent      Date of Service

(d) (other service):

DATE AND TIME OF SERVICE

                       Sheriff of _____ County

                       _____ Deputy

[Stamp, rotated: SERVICE INT R/A CT COPY ATTACHED; DIE DATE 12/30/2017; DOC TYPE: ; CASE NUMBER: 17L145; DEFENDANT: WAL MART STORES INC; LAW, 208 S LASALLE ST STE 814, CHICAGO, IL 60604]

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
McLEAN COUNTY, ILLINOIS

RAMAKRISHN SREEKAKULA,         )
                               )
                Plaintiff,     )
                               )
v.                             )   No. 17-L- 145
                               )
WAL-MART STORES, INC.,         )   FIRST CASE MANAGEMENT CONFERENCE
                Defendant.     )   BEFORE JUDGE  FOLEY
                               )   SET ON 6.1.18 AT 9:00 AM/PM

FILED DEC 06 2017 McLEAN COUNTY CIRCUIT CLERK

## COMPLAINT

NOW COMES the Plaintiff, RAMAKRISHN SREEKAKULA, by his attorneys, Kelly Law Offices, P.C., and complaining of the Defendant, WAL-MART STORES, INC., states as follow:

1. The events complained of took place on December 8, 2015, in Normal, McLean County, Illinois.

2. At all times mentioned herein, Defendant, WAL-MART STORES, INC., was a corporation licensed to do business in the State of Illinois.

3. At all times mentioned herein, Defendant, WAL-MART STORES, INC., owned and operated a store located at 300 Greenbriar Drive, in Normal, McLean County, Illinois, and did supervise and maintain the property through its agents and servants.

4. On December 8, 2015, Plaintiff, RAMAKRISHN SREEKAKULA, was on the premises at 300 Greenbriar Drive, Normal, as a customer of WAL-MART STORES, INC.

*Sreekakula v. Wal-Mart Stores, Inc.*
17-L-__
Page 1 of 4

5. On December 8, 2015, Plaintiff, RAMAKRISHN SREEKAKULA, was in the produce section looking at fruit, when he slipped and fell due to a foreign substance on the floor.

6. At all relevant times, Defendant, WAL-MART STORES, INC., knew or should have known that a condition on its premises could cause injury.

7. At all relevant times, Defendant, WAL-MART STORES, INC, through its agents, employees, and/or apparent agents, had a duty to maintain its premises in a reasonably safe condition.

8. At all times mentioned herein, Defendant, WAL-MART STORES, INC., was under a duty to exercise reasonable care for the safety of patrons upon its property, and in violation of that duty was negligent in one or more of the following ways:
    a) failed to exercise reasonable care for Plaintiff's safety as an invitee upon the property;
    b) failed to inspect the premises to ascertain the presence of a foreign substance on the floor;
    c) Caused or allowed a foreign substance to be present on the floor presenting an unreasonably dangerous condition, when it knew or should have known of the presence of such foreign substance; and
    d) failed to provide any type of warning for its customers concerning the unsafe condition in the produce area when it knew, or in the exercise of ordinary care should have known, that a warning was necessary for the safety of its customers, including Plaintiff.

9. As a proximate result of the negligence of the Defendant, WAL-MART STORES, INC., the Plaintiff was injured.

10. Plaintiff, RAMAKRISHN SREEKAKULA, suffered injuries to his head, hips, back, legs, and other parts of his body; Plaintiff has endured pain and suffering in the past

and will have pain and suffering in the future; Plaintiff has suffered disability and will suffer disability in the future; and Plaintiff has incurred medical expenses and will incur medical expenses in the future; all as a result of the injuries received.

WHEREFORE, Plaintiff, RAMAKRISHN SREEKAKULA, prays for judgment against the Defendant, WAL-MART STORES, INC., in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus costs of suit.

> RAMAKRISHN SREEKAKULA,
> Plaintiff,
>
> By: *(signature)*
> Laura Castagna/Atty # 6305602
> Kelly Law Offices, P.C.
> 121 N. Main St., 3rd Fl.
> Bloomington, IL 61701
> (309) 820-0600 – phone
> (309) 820-0255 – fax
> laura.castagna@frontier.com
> kellylawoffices@frontier.com

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
McLEAN COUNTY, ILLINOIS

RAMAKRISHN SREEKAKULA, )
)
Plaintiff, )
)
v. ) No. 17-L-
)
WAL-MART STORES, INC., )
Defendant. )

### AFFIDAVIT

Laura Castagna, upon her oath, states as follows:

1. I am the attorney for the Plaintiff in the above-captioned case;

2. Upon investigation of the facts as known to me at this time, including the nature and extent of the physical injuries and medical expenses attendant thereto, the damages in this case, exclusive of interest and costs, are more than $50,000.00.

*[signature: Laura Castagna]*

Subscribed and Sworn to before me
this 5th day of December, 2017.

*[signature: Notary Public]*

OFFICIAL SEAL
KAREN KRAUTWURST
Notary Public - State of Illinois
My Commission Expires 10/08/2020