RE: Sreekakula v. Wal-Mart    1:18-cv-01096-MMM-JEH #22-1  Page 1 of 2    mailbox:///C:/Users/Laura Castagna/AppData/Roaming/Thunde...

E-FILED
Wednesday, 03 July, 2019 09:10:37 AM
Clerk, U.S. District Court, ILCD

**Subject:** RE: Sreekakula v. Wal-Mart
**From:** Rebecca Van Court <vancourt@defrancolaw.com>
**Date:** 5/31/2019, 12:12 PM
**To:** Laura Castagna <laura.castagna@frontier.com>
**CC:** Megan Mueth <Mueth@defrancolaw.com>

Laura,

We are settled for $■■■■. Attached please find a release, W9, stip for dismissal and proposed order.

-Rebecca L. Van Court

DeFranco & Bradley, P.C.
141 Market Place, Suite 104
Fairview Heights, IL 62208
(618) 628-2000 ext. 206
(618) 628-2007 (Facsimile)
vancourt@defrancolaw.com
*licensed in Illinois, Missouri and Texas

Please be advised that this e-mail and any files transmitted with it are confidential communications or may otherwise be privileged or confidential and are intended solely for the individual or entity to whom they are addressed. If you are not the intended recipient, please do not read, copy or retransmit this communication but destroy it immediately. Any unauthorized dissemination, distribution or copying of this communication is strictly prohibited.

**From:** Laura Castagna <laura.castagna@frontier.com>
**Sent:** Thursday, May 30, 2019 9:33 AM
**To:** Rebecca Van Court <vancourt@defrancolaw.com>
**Cc:** Megan Mueth <Mueth@defrancolaw.com>
**Subject:** Re: Sreekakula v. Wal-Mart

Rebecca,

**Thanks for your patience. Unfortunately, your client's offer of $■■■■ is too low to accept.** However, my client is willing to resolve his case against Wal-Mart (with the parameters you mentioned below) for $■■■■. My client tells me that he will not accept anything less than that amount. Let me know.

Thank you!

--
Laura Castagna
Kelly & Castagna, LLC
121 N. Main St., 3rd Fl.
Bloomington, IL 61701
(309) 820-0600 - phone



PLAINTIFF'S EXHIBIT
A

(309) 820-0255 - fax

On 5/21/2019 12:31 PM, Rebecca Van Court wrote:

> Laura,
>
> Just following up on Walmart's offer. Any word from your client?
>
> -Rebecca L. Van Court
>
>
> DeFranco & Bradley, P.C.
> 141 Market Place, Suite 104
> Fairview Heights, IL 62208
> (618) 628-2000 ext. 206
> (618) 628-2007 (Facsimile)
> vancourt@defrancolaw.com
> *licensed in Illinois, Missouri and Texas
>
> Please be advised that this e-mail and any files transmitted with it are confidential communications or may otherwise be privileged or confidential and are intended solely for the individual or entity to whom they are addressed. If you are not the intended recipient, please do not read, copy or retransmit this communication but destroy it immediately. Any unauthorized dissemination, distribution or copying of this communication is strictly prohibited.
>
> **From:** Rebecca Van Court
> **Sent:** Thursday, May 09, 2019 9:12 AM
> **To:** 'Laura Castagna' <laura.castagna@frontier.com>
> **Cc:** Megan Mueth <Mueth@defrancolaw.com>
> **Subject:** RE: Sreekakula v. Wal-Mart
>
> Laura,
>
> I have spoken to Walmart and they have granted me authority of $[redacted] in full and final settlement for resolution of the case. As before, this offer is contingent on a confidentiality clause for consideration of $100 from the total settlement amount and the Medicare lien being addressed, <u>absent a hold harmless.</u> If your client accepts, please return the attached W9 and I can order the check and send you a release. Thank you for your consideration.
>
> -Rebecca L. Van Court
>
> DeFranco & Bradley, P.C.
> 141 Market Place, Suite 104
> Fairview Heights, IL 62208
> (618) 628-2000 ext. 206
> (618) 628-2007 (Facsimile)
> vancourt@defrancolaw.com
> *licensed in Illinois, Missouri and Texas