# KELLY & CASTAGNA, LLC
## ATTORNEYS AT LAW

Timothy W. Kelly
tw.kelly@frontier.com

Jeff R. Brown
jeffr.brown@frontier.com

121 N. Main Street, Third Floor, Bloomington, Illinois 61701
Phone: (309) 820-0600
Fax: (309) 820-0255

https://www.kellyandcastagna.com

Laura A. Castagna
laura.castagna@frontier.com

Service Email
kellyandcastagna@frontier.com

June 13, 2019

Rebecca Van Court
DeFranco & Bradley, P.C.
Via Email: vancourt@defrancolaw.com

Re:   Ram Sreekakula v. Walmart settlement
      Case Number 18-cv-1096

Dear Ms. Van Court:

I am writing to confirm our settlement of the above claim for the sum of $[redacted]. In order to avoid any delay in concluding this matter, I want to detail the settlement process so that any potential problems can be avoided, and the case can be resolved as quickly as possible. Time is of the essence for the plaintiff.

As to the release, please note that we will sign no release that refers to the plaintiff's claim as a "doubtful" claim. Requesting the plaintiff to agree to such an assertion would entail a clear violation of Illinois Supreme Court Rule 137, which states that an attorney's signature upon a pleading is an assertion that the pleading is filed in good faith and is well grounded in fact and warranted by existing law. Any agreement that the claim is "doubtful" could be considered to be an admission that Rule 137 was violated. Nor can I, as the attorney, sign the release to personally guarantee that the liens and subrogation claims will be paid from the settlement proceeds. Such a guarantee would be a violation of Illinois State Bar Association Ethical Opinion No. 06-01 (July 2006), which specifically prohibits such a guarantee.

As you are aware, the distribution of the settlement proceeds is governed by the Illinois Statute regarding settlements, 735 ILCS 5/2-2301 *et seq.*, effective January 1, 2014.

As to any asserted liens upon the settlement proceeds, we agree to hold the full amount of the claimed liens in our firm's trust account pending final resolution of the lien amount pursuant to 735 ILCS 5/2-2301 (c)(2) (ii). **Pursuant to that statute, and our agreement as stated above, you may not include as a payee on the settlement check(s) the names of any purported lien holders.** You must provide us written documentation of any purported lien in order to allow us to protect those amounts. Without such


PLAINTIFF'S EXHIBIT C

documentation from you or the insurance carrier, we cannot guarantee those amounts will be protected. We will not agree to protect any "unknown" liens.

The plaintiff will NOT sign any "indemnification agreement" included in the release. The plaintiff will sign a "hold harmless" clause but cannot agree to indemnify your carrier and be subject to all that an indemnification agreement entails, such as attorney fees and costs. As a reminder, at no time did we discuss the inclusion of an indemnification agreement as a part of our settlement discussions, and to insist upon one at this time would be a breach of the agreement to settle.

Please provide me, as required by the statute referred to above, your proposed release within the next 14 days. We will execute it and return it to you promptly. We expect to receive the settlement proceeds within 30 days thereafter. Please order the proceeds now so there will be no delay. **Please issue the check to our client and Kelly & Castagna, LLC** The Federal Tax I.D. # for Kelly & Castagna, LLC is 83-3743290.

Thank you for your efforts in resolving this dispute. Your cooperation and courtesy are very much appreciated. Should you wish to discuss any aspect of this letter, please feel free to contact me.

Very truly yours,

Laura Castagna

LAC/kk

**Subject:** Sreekakula v. Walmart
**From:** Karen Krautwurst <kkraut@frontier.com>
**Date:** 6/13/2019, 12:26 PM
**To:** vancourt@defrancolaw.com

Good afternoon Ms. Van Court,

Please find attached correspondence from Laura Castagna.  Thanks.

--
Karen Krautwurst
Office Manager
Kelly & Castagna, LLC
121 N. Main Street
Third Floor
Bloomington, IL 61701
Phone: 309-820-0600
Fax:   309-820-0255

—Attachments:

**Settlement Confirmation Ltr.pdf**                               106 KB