E-FILED
Thursday, 11 July, 2019  11:42:29 AM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | | |
|---|---|---|
| RAMAKRISHN SREEKAKULA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   18-cv-1096 |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT NOTICE TO COURT ANNOUNCING SETTLEMENT AGREEMENT

Plaintiff, Ramakrishn Sreekakula and Defendant, Walmart Inc., by and through its attorneys, DeFranco & Bradley, P.C., hereby notifies the Court that the parties have reached a settlement agreement of the above cause of action and that the pending motions to enforce are hereby moot.

KELLY & CASTAGNA, LLC                           DeFRANCO & BRADLEY, P.C.

BY: /s/Laura Castagna (w/consent)               BY: /s/Rebecca L. Van Court
    Laura Castagna, #6305602                        Rebecca L. Van Court, #6290952
    *Attorney for Plaintiff*                        *Attorney for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| RAMAKRISHN SREEKAKULA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No.   18-cv-1096 |
| | ) |
| WAL-MART STORES, INC., | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of July, 2019, I electronically filed **Notice Announcing Settlement** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Laura Castagna, Esq.
Kelly Law Offices, P.C.
121 N. Main St., 3rd Floor
Bloomington, IL  61701
309-820-0600
309-820-0255 (fax)
laura.castagna@frontier.com
**ATTORNEY FOR PLAINTIFF**

DeFRANCO & BRADLEY, P.C.

By /s/Rebecca L. Van Court
Rebecca L. Van Court, #6290952
141 Market Place, Suite 104
Fairview Heights, IL 62208
(618) 628-2000
(618) 628-2007 Fax
vancourt@defrancolaw.com
ATTORNEYS FOR DEFENDANT