## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | | |
|---|---|---|
| RAMAKRISHN SREEKAKULA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   18-cv-1096 |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed, by and between the parties to the above entitled cause, that said cause having been settled as to defendant, WALMART INC. (improperly named "Wal-Mart Stores, Inc."), the action may be dismissed with prejudice to plaintiff, with each party to bear its own costs and the court file may be closed.

KELLY LAW OFFICES, P.C.                     DeFRANCO & BRADLEY, P.C.

BY:/s/Laura Castagna (w/consent)           BY: /s/Rebecca L. Van Court
    Laura Castagna, #6305602                    Rebecca L. Van Court, #6290952
    *Attorney for Plaintiff*                           *Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| RAMAKRISHN SREEKAKULA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No.   18-cv-1096 |
| | ) |
| WAL-MART STORES, INC., | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of July, 2019, I electronically filed **Stipulation for Dismissal,** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Laura Castagna, Esq.
Kelly Law Offices, P.C.
121 N. Main St., 3rd Floor
Bloomington, IL  61701
309-820-0600
309-820-0255 (fax)
laura.castagna@frontier.com
**ATTORNEY FOR PLAINTIFF**

>DeFRANCO & BRADLEY, P.C.
>
>By /s/Rebecca L. Van Court
>    Rebecca L. Van Court, #6290952
>    141 Market Place, Suite 104
>    Fairview Heights, IL 62208
>    (618) 628-2000
>    (618) 628-2007 Fax
>    vancourt@defrancolaw.com
>    ATTORNEYS FOR DEFENDANT